**Order entered February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01017-CV

## IN THE MATTER OF CYNTHIA HOUSTON & CHARLES ANTHONY ALLEN SR.,

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

We **GRANT** appellant's February 24, 2014 motion for an extension of time to file a motion for rehearing. Appellant shall file his motion for rehearing on or before March 11, 2014.

/s/     DAVID LEWIS
          JUSTICE